Sadie Kluft et al., Respondents, v. Ludium Realty Corp., Appellant.— Order unanimously modified to provide that the motion to discontinue the action herein is granted only on condition that in addition to the payment by the plaintiffs of taxable costs and disbursements to date, no further action be insti-

tuted by these plaintiffs against this defendant for the same relief and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.